

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00312-CR

## IN RE IAN SORRELL KURIGER

**Original Proceeding**

**From the 40th District Court**
**Ellis County, Texas**
**Trial Court No. 33292CR**

## MEMORANDUM OPINION

Relator's "Application for Writ of Mandamus," filed on October 13, 2023, is

denied.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Petition denied
Opinion delivered and filed October 26, 2023
Do not publish
[OT06]

